# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. I, Thad Lambdin, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state the following:

## AGENT BACKGROUND

2. I have been a Special Agent with the Federal Bureau of Investigation, United States Department of Justice, since April 2003, and am currently assigned to the Louisville Division, London Resident Agency. My responsibilities include the investigation of various criminal offenses, including the investigation of crimes involving the sexual exploitation of children; to include the production, distribution, receipt and possession of child pornography.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant charging DANIEL RANDELL RAMSEY-GREENE (GREENE) with production of child pornography in violation of 18 U.S.C. § 2251(a).

4. The information set forth in this affidavit is based upon my own investigation, and my knowledge, training, and experience in online child exploitation matters, particularly exploitation involving child pornography. It is also based on information conveyed to me by others, whom I believe to be reliable, and the experience and training of other law enforcement officers with whom I have had discussions. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that GREENE produced child pornography in violation of Title 18 U.S.C. § 2251(a).

## STATEMENT OF FACTS

5. On April 16, 2020 at approximately 2:12AM, a 16 year old foster child male (Victim 1) reached out to his biological mother via text communication. Victim 1 wrote "Mom please get me out of here." The child repeatedly texted his mother until approximately 2:25AM when she responded "what???" Victim 1 then wrote "Mom please." Victim 1 disclosed to his biological mother that his foster father, GREENE, "came in here on some drunk shit

1

talking about my thing and he told me to lay down and he did it I tried to stop him….he put his mouth on my dick…" Victim 1's biological mother then contacted the Middlesboro Police Department (MPD).

6. On April 16, 2020 at approximately 03:46AM, the MPD was dispatched to 112 E. Doncaster Avenue, Middlesboro, KY, where Victim 1 was being fostered by GREENE and GREENE's husband John David Ramsey-Greene.  The MPD noted the residence had a strong odor of marijuana. The MPD made contact with Victim 1 who reported being sexually abused by GREENE.  In addition to the hands-on offense, Victim 1 reported that GREENE placed a camera above the toilet and took pictures of Victim 1's penis.  Victim 1 reported that GREENE had sent Victim 1 a picture of Victim 1's penis from GREENE's cell phone.

7. MPD found a hidden wireless camera above the residence's toilet just like Victim 1 reported. MPD seized the subject hidden camera.

8. On April 16, 2020, MPD also conducted a brief field interview with a 16 year old adopted male (Victim 2). Victim 2 reported he too was sexually abused by GREENE and GREENE photographed Victim 2's genital at night on GREENE's cell phone.[1]  MPD asked both children, the foster male (Victim 1) and adopted male (Victim 2), to gather their belongings and removed the children to the MPD via assisting officers.

9. MPD determined that the wireless camera system inside the residence was linked to GREENE's cellular phone.

10.  MPD informed GREENE that MPD was seizing GREENE's cellular phone.  To which GREENE responded "Oh Hell No!"  GREENE then physically resisted law enforcement in an attempt to protect the cellular phone and retain access to it. GREENE was placed under arrest and the cellular phone was seized.

11. On April 16, 2020, Victim 1 was interviewed at the MPD.  Victim 1 reported that on or about April 15, 2020, GREENE sent Victim 1 an electronic photograph of Victim 1's penis. GREENE informed Victim 1 that Victim 1's penis made GREENE "thirsty" and that it was big and now that GREENE had seen it, GREENE just could not help himself.

12. Victim 1 stated that GREENE came into Victim 1's bedroom around 03:00AM on April 16, 2020, talking about GREENE's "bulge" in his pants and that GREENE could not resist it.

---

[1] Victim 2, who was released to GREENE's husband's custody, John David Ramsey-Greene, did not report any abuse in a follow-up interview with social services.

GREENE provided Victim 1 marijuana and told him to smoke it. Victim 1 did as told. GREENE told Victim 1 to lay down on Victim 1's bed. GREENE proceeded to hold Victim 1 down while attempting to masturbate Victim 1 and placing Victim 1's penis in GREENE's mouth. Victim 1 attempted to push GREENE off but could not. Victim 1 repeatedly asked GREENE to stop. Victim 1 stated he immediately contacted his biological mother following the event.

13. GREENE's Motorola Model (XRT1962-1) Type (M0E14) White Phone was forensically reviewed by the Kentucky State Police (KSP) Electronic Crimes Branch after a search warrant was obtained.

14. GREENE's cellular phone contained a photograph of Victim 1's penis and it appeared to have been taken from a camera position above a toilet. Your Affiant has reviewed the subject image and in your Affiant's training and experience believes it to contain the lascivious exhibition of Victim 1's genitalia. The photograph had writing across it which stated, "one of the pics he made our cloud take that made me thirsty." GREENE also wrote "once that came up on my phone i couldn't help myself." There were multiple copies of the explicit photograph of Victim 1's penis, one had a last accessed date of April 9, 2020 and another had a last accessed date of April 16, 2020. Your Affiant has reviewed the subject forensics and confirms multiple copies of the image are present on GREENE's cellular phone. Furthermore, your Affiant believes the image to have been produced for the sexual gratification of GREENE based upon a review of above stated evidence.

15. KSP also located multiple explicit photographs of Victim 2 on GREENE's cellular phone. Your Affiant has reviewed the subject images of Victim 2 and in your Affiant's training and experience believes them to contain the lascivious exhibition of Victim 2's genitalia. For example, your Affiant reviewed an image depicting Victim 2 laying on the floor with his pants and underwear pulled down to approximately his knees and his penis is prominently displayed. This particular photograph had a last accessed date of September 7, 2019.

16. Based on the last accessed dates both Victim 1 and Victim 2 were 16 years old at the time the images were last accessed, meaning they were 16 years of age or less when the images were produced. Logically the images could not be accessed electronically until they came into existence.

17. Your Affiant is attempting to access a list of how many other minor males GREENE had previously fostered. A forensic review of GREENE's cellular phone contained evidence and images of other minor males that appear to have been in GREENE's purview. KSP forensics also discovered evidence of explicit images being linked to Facebook, a social media application, and Cloud services, an off-site database.

## CONCLUSION

18. Based on your Affiant's review of the images specified above, the images of Victims 1 and 2, in your Affiant's training, education, and experience, meet the federal definition of child pornography.

19. Based on the foregoing information, there exists probable cause to believe that DANIEL RANDELL RAMSEY-GREENE produced child pornography using a means of interstate commerce in violation of Title 18 U.S.C. § 2251(a). I respectfully request that an arrest warrant be issued for DANIEL RANDELL RAMSEY-GREENE.

Thad P. Lambdin/s/ w.p.b. Hanly A. Ingram
Thad Philip Lambdin
Special Agent
Federal Bureau of Investigation

Attested remotely per Rule 4.1(b)(2)(A).

This the 7th day of December 2020.

Hanly A. Ingram
United States Magistrate Judge