UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO.:  6:20-CR-71-CHB-HAI

UNITED STATES OF AMERICA                                                         PLAINTIFF

V.        **DEFENDANT RAMSEY-GREENE'S RESPONSE TO
          UNITED STATES' MOTION FOR PROTECTIVE ORDER**

DANIEL RANDALL RAMSEY-GREENE                                          DEFENDANT

Comes now Defendant, Daniel Randall Ramsey-Greene, by and through counsel, and for his response to the United States' Motion for Protective Order, document [16], states as follows:

Having reviewed the motion of the United States, Defendant, Daniel Randall Ramsey-Greene, has no objection to the above Motion for Protective Order.

                                                            Respectfully Submitted,

                                                            /s/ Michael B. Fox_____
                                                            Michael B. Fox
                                                            Fox Law Office
                                                            P.O. Box 1450
                                                            Olive Hill, KY 41164
                                                            (606) 286-5351
                                                            (606) 286-5352 (fax)
                                                            mike@foxlaw1.com
                                                            *Counsel for Defendant*
                                                            *Daniel Randall Ramsey-Greene*

CERTIFICATE OF SERVICE

    I hereby certify that on December 23, 2020, I electronically filed the foregoing with the clerk of the court by using CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                            /s/ Michael B. Fox_____