**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

*Office of the Warden*

3301 Leestown Road
Lexington, KY 40511-8799

October 12, 2021

The Honorable Hanly A. Ingram
United States Magistrate Judge
Eastern District of Kentucky,
 Southern Division, London
310 South Main Street
London, Kentucky 40741

RE:   Name:      RAMSEY-GREENE, Daniel Randall
      Case No.:  6:20-cr-71-CHB-HAI
      Reg. No.:  22692-509

Dear Judge Ingram:

Your Court Order, dated September 30, 2021, committed Daniel Randall Ramsey-Greene to a mental health evaluation pursuant to Title 18, United States Code, Section 3552, to conduct a presentence psychological examination. Mr. Ramsey-Greene arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on October 8, 2021. Pursuant to Title 18, United States Code, Section 4247, the evaluation period of 60 days began the day he arrived at our facility. Under such a time frame, the evaluation would be completed by December 7, 2021, and a report would be available to the Court by January 4, 2021.

If you have any concerns or questions regarding this case, please do not hesitate to contact myself or the evaluating clinician, Dr. Kristen Schramm at (859)255-6812. We respectfully submit this request to the Court.

Sincerely,

David Paul
Warden