UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**CRIMINAL NO. 6:20-cr-71-CHB-HAI**

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**V.**      **MOTION FOR FINAL DECREE AND ORDER OF FORFEITURE**

**DANIEL RANDALL RAMSEY-GREENE**                           **DEFENDANT**

\* \* \* \* \*

The United States hereby moves this Court for entry of a Final Decree and Order of Forfeiture based upon the Preliminary Order of Forfeiture [DE 34] and Declaration of Publication (attached hereto as Exhibit A). A proposed Final Decree and Order of Forfeiture is submitted herewith.

                                                Respectfully submitted,

                                                CARLTON S. SHIER, IV
                                                ACTING UNITED STATES ATTORNEY

                                                <u>/s Haley Trogdlen McCauley</u>
                                                Assistant United States Attorney
                                                260 W. Vine Street, Suite 300
                                                Lexington, Kentucky 40507
                                                Phone: (859) 685-4831
                                                Fax: (859) 233-2533
                                                E-mail: haley.mccauley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send the notice of electronic filing to counsel of record.

s/ Haley Trogdlen McCauley
Assistant U.S. Attorney
