# Janey Orcutt

| | |
|---|---|
| **From:** | Michael Fox |
| **Sent:** | Tuesday, February 15, 2022 9:58 AM |
| **To:** | Janey Orcutt |
| **Subject:** | FW: Daniel ramsey-greene |

**From:** April Sampson <apriloliviarandi@gmail.com>
**Sent:** Monday, February 14, 2022 8:47 PM
**To:** Michael Fox <mike@foxlaw1.com>
**Subject:** Daniel ramsey-greene

To Whom it may concern;
My name is april sampson, i am writing in regards to my brother, Daniel Ramsey-Greene.To be honest i have tried to write this letter twice already i just cant seem to get out everything that i want to say just right. i guess i will start by telling you a little about my brother and i. growing up we grew up poor our father was a ex marine who was a addict he was hardly ever home and when he was he was very strict with us children some would say abusive, he was always drunk and abusive to our mother. it was always just us kids who took care of each other growing up there was 3 of us,our oldest brother david then me i was a year younger than him and when i was about 4 mom had daniel. as you could imagine he was like my real life baby doll. and there was nothing better than my baby brother. growing up he was always by my side.ive always been his protector i guess u could say.i would never let anyone pick on him or talk about him,although that didnt happen often because daniel was a great kid.he, well we never had loving parents. our dad favored our older brother so much that he would litearally have nothing to do with us after him and mom divorced, and it really messed with me and daniel. we both have dad issues i guess you could say.Daniel was never in any trouble growing up always done good in school, he was that kid that was lined up on the side walk at 530 every wednesday evening waiting on the church bus to come through the neightborhood so he was guarenteed a seat,.he was always dedicated as a child in attending church.he was in the church choir and was really good at it.In high school he Completed all of his CNA classes and CPR certification.He would later attend college and must i add he is the only one in the family to enroll in college!daniel always had dreams and ambitions and he always completed everything he set his mind to. he was always there for anyone for anything.I had children at a young age and was still living at home. daniel always had a huge roll in my kids life he has always been involved taking them to practices and games. holidays was always his favorite everyone had to have a gift and everyone had to play uno beofre we left.His rules.within the last 2 years i noticed my brother had started drinking although i wasnt aware of the extent of  his drinking.Sometimes i find myself askin how did i not notice that my brother was in such a dark place mentally and i wasnt evem aware. i had got so cought up in life that i didnt notice my brother was going through things. things that im sure i will never know. and thats ok when i get all this on my mind at night i just set and pray inside my head untill i fall asleep. i pray for daniels saftey his piece of mind and strength to make it through this and hopefully gets some help. Daniel is not only my brother but my bestfriend this whole situation has just completly destoryed me. i talk with him every day rather it be text or phone call. him and my oldest daughter talk every day when she got her first job a few weeks ago daniel was who she wanted to call. when she was waiting to clock in on her first day she called daniel to calm her nerves when she has a bad day and im at work she calls daniel. this is so very hard not only for me but for my kids as well as the rest of the family.i think of all hes going to miss throughout their lives,throughout mine.so much of our family will be dead and gone. life as he knows it will be no more when he comes home.me and my oldest brother made a pact that if one of us was dead and gone that the other would make sure that daniel was took care of when he comes home. i hope my letter makes it to you,i hope i wrote this letter correct im sorry if i ramble some.this has just been a hard task for me mentallyso much more that i could go on about but i know this isnt that type of letter. i hope it sheds some light on the person my brother is,the brother i know and will always miss. i will be in the courtroom on sentincing day, its a day im truly dreading i feel as if im attending daniels funeral. i have faith he will one day return home. truly believe i will have another cup of coffee on my front porch with daniel again. i know that it will be awhile but i promise to forever be waiting on him.As will the rest of the family.
                              Sincerely,
                              April Sampson
                              606-595-0309


EXHIBIT A

**Janey Orcutt**

---

From: Michael Fox
Sent: Tuesday, February 15, 2022 9:58 AM
To: Janey Orcutt
Subject: FW: Daniel Ramsey

---

**From:** tatrina ramsey <tatrina_ramsey1973@yahoo.com>
**Sent:** Monday, February 14, 2022 6:18 PM
**To:** Michael Fox <mike@foxlaw1.com>
**Subject:** Daniel Ramsey

*Tatrina Ramsey*
*346 Schultz Heights*
*Middlesboro Ky, 40965*
*1-606-269-6887*
*Tatrinar@gmail.com*

## Dear Judge,

My name is Tatrina Ramsey, I am writing this character reference letter on behalf of my son Daniel Ramsey. To start off, growing up Daniel was always a good kid. Very rarely did he ever raise his voice or get angry, he was always such a quiet and respectful kid. While growing up he was an active member in the church and was even in the church choir, and even would sing by himself. He always went to bible school and was one of the first to volunteer to help children with disabilities if they needed help off of the church bus or down the stairs or with whatever they may have needed help with at the moment. To this day when teachers see me they stop me and they ask how daniel is, he was a great student and made a great impression on his teachers. He has always been here for the family, and we are always going to be here for him. I could always rely on Daniel to be there for me for something as simple as helping me with my grandson when I needed it. When my grandson was born he was born a premature baby, and when he got out of the hospital Daniel was always one to come around and ask if I needed help and even would take my grandson to his house to stay a few nights when I would get sick. His absence so far has been really rough on us, and I can only imagine how his absence will continue to affect the family. No matter the outcome the whole family will always be here to support Daniel.

You're Truly,
Tatrina Ramsey, Mother.

1

**Janey Orcutt**

---

| | |
|---|---|
| **From:** | Michael Fox |
| **Sent:** | Tuesday, February 15, 2022 9:58 AM |
| **To:** | Janey Orcutt |
| **Subject:** | FW: Daniel Ramsey |

---

**From:** savanna daniels <savannadaniels1233@gmail.com>
**Sent:** Monday, February 14, 2022 5:53 PM
**To:** Michael Fox <mike@foxlaw1.com>
**Subject:** Daniel Ramsey


**Savanna Daniels**
**346 Schultz Heights Middlesboro Ky, 40965.**
**1-606-269-6075**
<u>Savannadaniels1233@gmail.com</u>


***Dear Judge,***

  Hello, my name is Savanna. I am writing this letter on behalf of my brother Daniel Ramsey. First, I am writing this letter today as to offer a fuller picture of him as a person. I wasn't always close with daniel growing up, but he has always led a positive lifestyle and was always there for me when I needed somebody. Daniel has always been a kind, respectful, loving, and respectable man. He has always helped anybody whenever I've have needed it with or without us having to ask. Daniel is a genuine person and has always been here for everybody and from what I have witnessed, other people are easy to trust him because of how he has treated them throughout his life. Our entire family loves Daniel and we will continue to be here for him and support him and wish for the best outcome.

Sincerely,
Savanna Daniels.

**Janey Orcutt**

| | |
|---|---|
| From: | Michael Fox |
| Sent: | Tuesday, February 8, 2022 7:02 AM |
| To: | Janey Orcutt |
| Subject: | Fwd: Daniel Greene Ramsey |

Get Outlook for iOS

**From:** savanna daniels <savannamason333@gmail.com>
**Sent:** Monday, February 7, 2022 10:48:11 PM
**To:** Michael Fox <mike@foxlaw1.com>
**Subject:** Daniel Greene Ramsey

February 7, 2022

Dear Judge,

My name is Rena Saylor. I am a former teacher and neighbor of Daniel and his family. I have known Daniel for most of his life. He was just a little fellow when his precious mother moved her family across the street from me. I watched Daniel grow from a small child to a young man.

Throughout the years, I become to love this sweet, kind and quiet natured fellow. He never caused any trouble at home or in school. I have never even seen Daniel lift his voice in angry or violence. He would do whatever was ask of him without question to help anyone in need. All the years I have known Daniel, I personally never saw any changes from the sweet, quiet and considerate young fellow I watched grow up.

When Daniel was arrested, he was working at a nursing home. He was loved by so many there. I believe with all my heart, Daniel can be a help to many and can become a valued member of our community.

I can not possibly imagine having a job as important and life changing as yours. Also, how difficult it must be to make a decision of this kind. Therefore, your honor, I ask for you to please show mercy when sentencing Daniel.

Sincerely,
Rena Saylor.

1

**Janey Orcutt**
___

**From:** Michael Fox
**Sent:** Tuesday, February 15, 2022 9:57 AM
**To:** Janey Orcutt
**Subject:** FW: For Daniel Greene-Ramsey

---

**From:** jean hicks <jean6718@hotmail.com>
**Sent:** Monday, February 14, 2022 10:43 PM
**To:** Michael Fox <mike@foxlaw1.com>
**Subject:** For Daniel Greene-Ramsey

To whom it may concern:
My name is Sandra Roark. I'm writing this email regarding Daniel Greene-Ramsey. I have known Daniel since he was a little boy. And I've always been very fond of him from the first day I met him. He's always been polite and very nice to me. When we first met we lived in the same apartment complex and went to the same church together. I have a disabled daughter named Allison and she's a year older than Daniel and her disability is that she can't talk she can say a few words but not many. At church and when they had vacation Bible school Daniel always made sure Ally was taken care of and she was safe like he was her big brother and during one of these vacation Bible school get togethers the ladies bought t-shirts for Daniel and Allison that said Allison's Big Brother for Daniel and Daniel's Little Sister for Allison which I thought was a very precious gift. Most children at that age around 10-15 years old they usually laugh or not have anything to do with kids like Allison but not Daniel. He always had a big heart and still does. He's a good person that would help anyone in need anytime anywhere. This is a picture of my daughter Allison and Daniel.

      Sandra Roark

1

