UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT LONDON
CRIMINAL MINUTES – SENTENCING

Case No.   6:20-CR-071-CHB-1          At  London          Date  February 22, 2022

USA vs Daniel Randall Ramsey-Greene     X  present     X  custody     ___ bond     ___ OR     Age ____

DOCKET ENTRY:  The Court adopts the Presentence Report and Addendum prepared by the United States Probation Office as its findings. The PSR shall be filed in the record under seal in the event of an appeal. The oral motion by the United States for the third level reduction for acceptance of responsibility is **GRANTED.** The oral motion by the United States to dismiss Count 3 of the Indictment is **GRANTED**. The portion of the hearing with the courtroom closed shall be sealed, and that portion of the transcript, if transcribed, shall remain under seal. The Court heard argument from counsel as to the proper sentence and defendant allocuted. The Court orally announced the sentence and will issue a separate Judgment.

PRESENT:   HON. CLARIA HORN BOOM, UNITED STATES DISTRICT JUDGE

| Mike Mejia | Kathy Maloney | Jenna Reed |
|---|---|---|
| Deputy Clerk | Court Reporter | Assistant U.S. Attorney |

Counsel for Deft   Michael B. Fox          X  present     ___ retained     X  appointed

PROCEEDINGS:  SENTENCING (Non-Evidentiary)

_____     Objections to Presentence Report resolved as stated on the record.

  X        No objections to Presentence Report.

_____     The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

  X        Court's Advice of Right to Appeal provided to Defendant.

  X        Transcript shall be deemed as written findings of Court.

  X        Judgment shall be entered (See Judgment & Commitment.)

_____     Defendant to remain on bond and on conditions of release.

  X        Defendant remanded to the custody of the United States Marshal.

Copies:  COR, USP, USM

Initials of Deputy Clerk      mrm
TIC: 1/15